1  BRANDON D. SAXON (SBN: 252712)
   bsaxon@grsm.com
2  TOM T. NAGASHIMA (SBN: 233636)
   tnagashima@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124

6  Attorneys for Plaintiff
   GOLDEN EAGLE INSURANCE CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Golden Eagle Insurance Corporation, as subrogee of Martin Investment Co.<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware Corp. and Does 1 to 25, Inclusive<br><br>Defendants. | CASE NO. 5:20-cv-00292-DMG-SHK<br><br>**FIRST AMENDED COMPLAINT** |
|---|---|

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Brandon D. Saxon (SBN: 252712) / Tom T. Nagashima (SBN: 233636)<br>GORDON REES SCULLY MANSUKHANI LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>TELEPHONE NO: (619) 696-6700    FAX NO. *(Optional)*: (619) 696-7124<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Golden Eagle Insurance Company | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riversdie
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: Riverside Historic Courthouse

PLAINTIFF: Golden Eagle Insurance Corporation, as subrogee of Martin Investment Co.

DEFENDANT: BROAN-NUTONE, LLC, a Delaware Corp.

☒ DOES 1 TO 25, Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☒ **AMENDED** *(Number)*: 1

**Type** *(check all that apply)*:
☐ MOTOR VEHICLE    ☒ OTHER *(specify)*: Products Liability
☒ Property Damage    ☐ Wrongful Death
☐ Personal Injury    ☒ Other Damages *(specify)*: Insurance

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
JAN 1 5 2020
L. FREELAND

**Jurisdiction** *(check all that apply)*:
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:
RIC2000134

1. **Plaintiff** *(name or names)*: Golden Eagle Insurane Corporation, as subrogee of Martin Investment Co.
   alleges causes of action against **defendant** *(name or names)*: BROAN-NUTONE, LLC, a Delaware corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. ☒ **except** plaintiff *(name)*: Golden Eagle Insurance Company
      (1) ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:
   b. ☐ **except** plaintiff *(name)*:
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe)*:
      (3) ☐ a public entity *(describe)*:
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify)*:
      (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: Golden Eagle Insurance Corporation v. BROAN-NUTON, LLC | CASE NUMBER: RIC2000134 |
|---|---|

4. ☐ Plaintiff *(name):*

   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* BROAN-NUTONE LLC
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1-10   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 11-25   are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

---

PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Page 2 of 3

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: Golden Eagle Insurance Corporation v. BROAN-NUTON, LLC | CASE NUMBER: RIC2000134 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other *(specify):* SUBROGATION AND INDEMNITY ATTACHMENT

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☒ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☒ property damage
    f. ☐ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☐ compensatory damages
       (2) ☐ punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☐ according to proof
       (2) ☒ in the amount of: $ 317,600.99 + costs and interest.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: January 15, 2020

Tom Nagashima
(TYPE OR PRINT NAME)                              ▶ *[signature]*
                                                   (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: Golden Eagle Corporation v. BROAN-NUTONE | CASE NUMBER: RIC2000134 |
|---|---|

FIRST _____ CAUSE OF ACTION—Products Liability     Page 4
(number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Golden Eagle Insurance Corporation, as subrogee of Martin Investment Co.

Prod. L-1. On or about *(date):* January 20, 2017     plaintiff was injured by the following product:
A Broan-Nutone exhaust fan

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  ☐ used in the manner intended by the defendants.
  ☒ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  ☐ purchaser of the product.           ☐ user of the product.
  ☒ bystander to the use of the product.  ☒ other *(specify):* Insurer of bystander

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4.  ☒  **Count One—Strict liability** of the following defendants who
  a. ☒ manufactured or assembled the product *(names):* Broan-Nutone LLC

   ☒ Does 1 to 5

  b. ☒ designed and manufactured component parts supplied to the manufacturer *(names):* Broan-Nutone LLC

   ☒ Does 6 to 10

  c. ☒ sold the product to the public *(names):* Broan-Nutone LLC

   ☒ Does 11 to 15

Prod. L-5.  ☒  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* Broan-Nutone LLC

   ☒ Does 16 to 20

Prod. L-6.  ☒  **Count Three—Breach of warranty** by the following defendants *(names):* Broan-Nutone LLC

   ☒ Does 21 to 25

  a. ☒ who breached an implied warranty
  b. ☐ who breached an express warranty which was
      ☐ written   ☐ oral.

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
  ☐ listed in Attachment-Prod. L-7 ☐ as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: Golden Eagle Corporation v. BROAN-NUTONE | CASE NUMBER: RIC2000134 |
|---|---|

SECOND (number)     **CAUSE OF ACTION—General Negligence**     Page 5

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Golden Eagle Insurance Corporation, as subrogee of Martin Investment Co.

alleges that defendant *(name):* Broan-Nutone LLC

☒ Does 16 to 20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: January 20, 2017
at *(place)*: 3347 Chicago Ave., Riverside CA 92507

*(description of reasons for liability):*
1. Plaintiff Golden Eagle Insurance Corporation ("GEIC") is, and at all times mentioned herein, a California corporation authorized to do business in California.
2. At all times relevant, the premises located at 3347 Chicago Avenue in Riverside, California(hereinafter "SUBJECT PROPERTY") Martin Investment Company was insured against loss by GEIC.
3. BROAN-NUTONE, LLC and DOES 1 to 10 are and at all times mentioned in this Complaint, was in the business of manufacturing, designing, constructing, assembling, marketing, distributing and selling Broan-Nutone exhaust fan, hereinafter the "FAN PRODUCT."
4. At all times relevant, including January 20, 2017, the FAN PRODUCT was used within the SUBJECT PROPERTY.
5. At all times mentioned in the Complaint, Defendant BROAN-NUTONE carelessly designed, manufactured, constructed, assembled, tested, inspected, distributed and sold the FAN PRODUCT and the FAN PRODUCT was dangerous and unsafe for its intended use when in the SUBJECT PROPERTY.
6. Defendant BROAN-NUTONE carelessly and improperly designed, manufactured, constructed, assembled, tested, inspected, distributed, and sold the FAN PRODUCT the FAN PRODUCT caused a fire.
7. By reason of the legal obligation imposed on GEIC by said insurance policy, GEIC was obligated to pay and did pay the sum of $317,600.99, to or on behalf of its insured for property damage and related damages to the insured's property including its building, contents, equipment and fixtures as well as loss of use.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.Forms*Workflow*.com

PLD-PI-001

**ATTACHMENT TO COMPLAINT**

1. Plaintiff Golden Eagle Insurance Corporation ("GEIC") is, and at all times mentioned herein, a California corporation authorized to do business in California.
2. At all times relevant, the premises located at 3347 Chicago Avenue in Riverside, California (hereinafter "SUBJECT PROPERTY") Martin Investment Company was insured against loss by GEIC.
3. By reason of the legal obligation imposed on GEIC by said insurance policy, GEIC was obligated to pay and did pay the sum of $317,600.99, to or on behalf of its insured for property damage and related damages to the insured's property including its building, contents, equipment and fixtures as well as loss of use.
4. Pursuant to the terms of the policy and the laws of the State of California, GEIC is legally, equitably and contractually subrogated to the rights and entitled to enforce the remedies of Martin Investment Company in the amount of $317,600.99 plus legal costs and pre-judgment interest at 7%.
5. Pursuant to the laws of the State of California, GEIC is entitled to legal, equitable and implied indemnity from the defendants and each of them in the amount of $317,600.99 plus legal costs and pre-judgment interest at 7%.