BRANDON D. SAXON (SBN: 252712)
bsaxon@grsm.com
TOM T. NAGASHIMA (SBN: 233636)
tnagashima@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101
Telephone:  (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
GOLDEN EAGLE INSURANCE CORPORATION

PETER S. DOODY (SBN: 127653)
doody@higgslaw.com
MOLLY HUMPHREYS TEAS (SBN: 333510)
mhteas@higgslaw.com
HIGGS FLETCHER AND MACK LLP
401 WEST A STREET, SUITE 2600
SAN DIEGO, CA  92101
Telephone:  619-236-1551
Facsimile:   619-696-1410

Attorneys for Defendant
BROAN-NUTONE, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Golden Eagle Insurance Corporation, as subrogee of Martin Investment Co., Plaintiff, vs. BROAN-NUTONE, LLC, a Delaware Corp. and Does 1 to 25, Inclusive, Defendants. | CASE NO.  5:20-cv-00292-DMG-SHK<br><br>**JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO VACATE**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH] |
|---|---|

1    The Parties by and through counsel hereby jointly give the Court notice that
2    Plaintiff Golden Eagle Insurance Corporation and Defendant Broan-Nutone,
3    LLC (collectively, "The Parties") have reached a settlement in this matter.

4    The Parties, therefore, apply to this Honorable Court to vacate all currently
5    set dates with the expectation that the settlement will be consummated within
6    forty-five (45) days, allowing for a Joint Stipulation for Dismissal with prejudice
7    as to all parties to be filed.

DATED:  January 31, 2023            HIGGS FLETCHER & MACK LLP


By:   /s/ Peter S. Doody
    PETER S. DOODY, ESQ.
    MOLLY HUMPHREYS TEAS, ESQ.
    Attorneys for Defendant
    BORAN-NUTONE , LLC

DATED:  January 31, 2023            GORDON REES SCULLY MANSUKHANI, LLP


By:   /s/ Tom T. Nagashima
    BRANDON D. SAXON, ESQ.
    TOM T. NAGASHIMA, ESQ.
    Attorneys for Plaintiffs
    GOLDEN EAGLE INSURANCE CORPORATION

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Tom T. Nagashima, hereby attest that all signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: January 31, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Tom T. Nagashima
Brandon D. Saxon
Tom T. Nagashima
Attorneys for Plaintiff
GOLDEN EAGLE INSURANCE CORPORATION

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

1125462/30291642v.1

-3-

CASE NO. 5:20-CV-00292-DMG-SHK
JOINT NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO VACATE